# United States District Court
# Central District of California

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> ANN J. CHOI; JSK INTERNATIONAL, INC.; and DOES 1–10, inclusive, <br><br> Defendants. | Case № 2:17-cv-01770-ODW(GJSx) <br><br> **JUDGMENT** |

On June 26, 2017, the Court granted Plaintiff Rafael Arroyo, Jr.'s Motion for Default Judgment as to his claims under the Americans with Disabilities Act ("ADA") and the California Unruh Civil Rights Act ("Unruh").

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendants Ann J. Choi and JSK International, Inc. (collectively, "Defendants") are liable to Rafael Arroyo, Jr. for ADA and Unruh Act violations;

2. Defendants are permanently enjoined from maintaining ADA-prohibited barriers at their property, the APEX Gas Station in South Gate, California, and must therefore remove all barriers identified in Arroyo's Complaint to the extent permitted under the lease or state law; and

3. Defendants shall pay Arroyo Five Thousand Fifty-Six Dollars and Fifty Cents ($5,056.50) in attorneys' fees, costs, and statutory damages for Defendants' violations.

**IT IS SO ORDERED.**

June 26, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**